71 A.3d 246

COMMONWEALTH of Pennsylvania by Thomas
W. CORBETT, Jr., Respondent

v.

Brett B. WEINSTEIN, Esquire, et al., Petitioner.

Commonwealth of Pennsylvania by Thomas W. Corbett, Jr.

v.

Estate Planning Advisors Corp., Ben Consulting Corp, Funding &
Financial Services, Inc., Brian J. Newmark, John Wight, Victo-
ria Larson, Glenn Larson, Brett Marcus, Kenneth Krygowski,
Steven Strope, New Life Corporation of America, d/b/a National
Community Foundation, American Investors Life Insurance
Company, Inc., Amerus Annuity Group Company, Amerus
Group Company, Barry O. Bohmueller, Esquire and Brett B.
Weinstein, Esquire.

Petition of Brett B. Weinstein, Esquire.

Commonwealth of Pennsylvania by D. Michael Fischer

v.

Brett B. Weinstein, Esquire, American Family Prepaid Legal
Corporation, t/a/d/b/a American Family Legal Plan, Heritage
Marketing and Insurance Services, Inc., t/a/d/b/a Heritage Mar-
keting & Insurance, Stanley Z. Norman, Jeffrey L. Norman,
Todd B. Garry, Patrice Kimbler, Lewis Kopelman, Ronald J.
Patten, William Woods and John Does Nos. 1 Through 25.

Petition of Brett B. Weinstein, Esquire.

Nos. 80 EM 2013, 81 EM 2013, 82 EM 2013.

Supreme Court of Pennsylvania.

July 2, 2013.

## ORDER

PER CURIAM.

AND NOW, this 2nd day of July, 2013, the Application for
Exercise of King's Bench Powers or Extraordinary Jurisdic-
tion is DENIED.